```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

VERONICA CRUZ,

                    Plaintiff,              MEMORANDUM & ORDER
                                             21-cv-1191(EK)(LB)
            -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated July 6, 2022. ECF No. 25. Judge Bloom recommends that I approve the parties' stipulation awarding Plaintiff $7,412.00 in attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, as stipulated and agreed by the parties, Plaintiff is awarded

$7,412.00 in attorney's fees under the EAJA.  The Clerk of Court is respectfully directed to enter judgment.

SO ORDERED.

                                                      /s/ Eric Komitee  
                                                     ERIC KOMITEE  
                                                     United States District Judge

Dated:     August 3, 2022  
             Brooklyn, New York