```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

   VERONICA CRUZ,

                      Plaintiff,              MEMORANDUM & ORDER
                                              21-CV-1191 (EK)(LB)
            -against-

   FRANK BISIGNANO,[1]

                      Defendant.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated August 4, 2023.  ECF No. 31.  Judge Bloom recommends that I award attorney's fees in the amount of $18,861.50 — twenty-five percent of the total award — pursuant to 42 U.S.C. § 406(b).  *Id.* at 1.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

---

[1] Because Frank Bisignano is now the Commissioner of Social Security, he is substituted for the previous defendant Andrew Saul pursuant to Fed. R. Civ. P. 25(d).  The Clerk of Court is respectfully directed to amend the caption as set forth above.

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, fees are awarded in the amount of $18,861.50 pursuant to 42 U.S.C. § 406(b). Upon receipt of this sum, counsel shall remit to the plaintiff $7,412, which represents the fee awarded under the EAJA. *See* ECF No. 31, at 6.

SO ORDERED.

                                                                       /s/ Eric Komitee
                                                                  ERIC KOMITEE
                                                                  United States District Judge

Dated:    August 18, 2025
            Brooklyn, New York